No. 74–891. PAUL, CHIEF OF POLICE, LOUISVILLE, ET AL. *v.* DAVIS. C. A. 6th Cir. Certiorari granted.

No. 74–944. TIME, INC. *v.* FIRESTONE. Sup. Ct. Fla. Certiorari granted.

No. 74–1042. ERNST & ERNST *v.* HOCHFELDER ET AL. C. A. 7th Cir. Certiorari granted. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 73–175. FEIN ET AL. *v.* UNITED STATES; and
No. 73–5115. KESSLER ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 73–231. GRAY ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 73–622. MARGOLIS ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 73–1412. GROSSO ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 73–1503. SCAGLIONE ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–1510. PACHECO ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–1951. REVEL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.